UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JORGE LANDAVERDE, on behalf of himself, individually, and on behalf of all others similarly-situated,

                      Plaintiff,                      **Docket No.: 20-cv-00563-PK**

      -against-

DVA CONTRACTING CORP. d/b/a DISANO CONSTRUCTION CO., and DNO EQUIPMENT AND DEVELOPMENT INC. d/b/a DISANO CONSTRUCTION CO., and PIETRO OPPEDISANO, individually,

                      Defendants.
----------------------------------------------------------------X

**NOTICE OF PLAINTIFF'S CONSENT MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, SERVICE AWARD, AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND THE ENTRY OF FINAL JUDGMENT**

      PLEASE TAKE NOTICE that upon the annexed Declarations of Alexander T. Coleman, Esq. ("Coleman Declaration") and Barry J. Peek, Esq., Chief Executive Officer of Arden Claims Service LLC ("Arden"), and all exhibits annexed thereto, and the Memorandum of Law submitted herewith, and upon all prior pleadings and proceedings heretofore had herein, Plaintiff Jorge Landaverde, with Defendants' consent, will move this Court for an Order:

1) Granting final approval of the Settlement Agreement, annexed as **Exhibit A** to the Coleman Declaration;

2) Authorizing the distribution of settlement checks to Plaintiff and to all Participating Claimants who submitted a valid Claim Form, representing their respective shares of the Settlement Fund;

3) Awarding a Service Award to Plaintiff in the amount of $15,000.00, for his service to the Class;

4) Awarding attorneys' fees in the amount of $384,000.00, for legal services performed in prosecuting and settling the claims in this action, to Borrelli & Associates, P.L.L.C., as Class Counsel;

5) Awarding $8,742.00 for out-of-pocket costs and expenses to Class Counsel;

6) Awarding $17,500.00 for claims administration fees and costs to Arden;

7) Providing for the release of all claims as specified in the Settlement Agreement by Plaintiff and all Participating Claimants, as well as by all Class Members who did not properly and timely opt-out of the settlement, of whom there were none; and

8) Dismissing this action against Defendants with prejudice, but with the Court's continued jurisdiction over the construction, interpretation, implementation, and enforcement of the Parties' settlement, as well as over the administration and distribution of the settlement fund.

Dated: Garden City, New York
January 4, 2024

                                            Respectfully submitted,

                                            BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiff and Class Members*
910 Franklin Avenue, Suite 200
Garden City, New York 11530
Tel.    (516) 248-5550
Fax.   (516) 248-6027

_____
ALEXANDER T. COLEMAN, ESQ. (AC 8151)
MICHAEL J. BORRELLI, ESQ. (MB 8533)

2